UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEBRON SPRINGS,<br><br>        Plaintiff,<br><br>   v.<br><br>D. PRINCE,<br><br>        Defendant. | No. 1:23-cv-01192 GSA (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION TO AMEND<br><br>(ECF No. 9)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 10) |

      Plaintiff, a federal prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Plaintiff's Motion to Amend the Complaint, docketed October 10, 2023 (see ECF No. 9), is pending before this Court.

      On November 22, 2023, Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) was docketed. ECF No. 10. In it, Plaintiff states he wishes to voluntarily dismiss this matter because he now realizes that the allegations in it are "nearly identical" to the ones he has raised in a different matter, Springs v. United States, No. 1:23-cv-01493 CDB (PC). See ECF No. 10 at 1. Good cause appearing, Plaintiff's motion to amend will be disregarded as moot, and the Clerk of Court will be directed to close this case pursuant to statute.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Amend the Complaint (ECF No. 9) is DISREGARDED as moot;

2. This matter is VOLUNTARILY DISMISSED per Plaintiff's request.  See Fed. R. Civ. P. 41(a)(1)(A)(i), and

3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __November 27, 2023__           _____/s/ Gary S. Austin_____
                                        UNITED STATES MAGISTRATE JUDGE

2